818 A.2d 319

GEORGE C. EVERETT, PLAINTIFF–RESPONDENT,
v. STATE FARM INDEMNITY COMPANY,
DEFENDANT–APPELLANT.

Argued January 7, 2003—Decided March 6, 2003.

*Diana La Femina–Rosa* argued the cause for appellant (*Maloof, Lebowitz, Connahan & Oleske*, attorneys).

*Thomas F. McGuire, Sr.*, argued the cause for respondent.

PER CURIAM.

The judgment of the Appellate Division is affirmed, substantially for the reasons expressed in the Per Curiam opinion of the Appellate Division, reported at 358 *N.J.Super.* 400, 818 A.2d 372 (2001).

LONG, J., dissenting.

I would affirm the entry of summary judgment in favor of State Farm. Like the dissenter below, Judge Fisher, I conclude that State Farm's bookkeeping entry, reflecting an adjustment to plaintiff's deductible is not a "payment" under *N.J.S.A.* 39:6A–13.1(a) or within common parlance.

Justice VERNIERO joins in this opinion.

*For affirmance*—Chief Justice PORITZ and JUSTICES COLEMAN, LaVECCHIA, ZAZZALI and ALBIN—5.

*For reversal*—Justices LONG and VERNIERO—2.